**United States Court of Appeals**
***For The Eighth Circuit***
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Michael E. Gans**
***Clerk of Court***

**VOICE (314) 244-2400**
**FAX (314) 244-2780**
**www.ca8.uscourts.gov**

December 28, 2022

Mr. Joseph Michael Devon Engel
OZARK CORRECTIONAL CENTER
1069055
929 Honor Camp Lane
Fordland, MO 65652

RE: 22-3087 Joseph Engel v. ERDCC, et al

Dear Mr. Engel:

Enclosed is a copy of the dispositive order in the referenced appeal. Please note that FRAP 40 of the Federal Rules of Appellate Procedure requires any petition for rehearing to be filed within 14 days after entry of judgment. Counsel-filed petitions must be filed electronically in CM/ECF. Paper copies are not required. This court strictly enforces the 14 day period. **No grace period for mailing is granted** for pro-se-filed petitions. A petition for rehearing or a motion for an extension of time must be filed with the Clerk's office within the 14 day period.

Michael E. Gans
Clerk of Court

CRJ

Enclosure(s)

cc: Mr. Gregory J. Linhares

District Court/Agency Case Number(s): 4:20-cv-01918-HEA

# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

---

No: 22-3087

---

Joseph Michael Devon Engel

Plaintiff - Appellant

v.

Eastern Reception, Diagnostic and Correctional Center; CO1; CO2; Sergeant; Lieutenant; Corporal; Captain; Major; Caseworker; Caseworker, 2; FUM; CCA; IPO ERDCC; IPO ERDCC Supervisor; Probation & Parole; Probation & Parole Director; Probation & Parole Assistant Director; Assistant Superintendent; Superintendent; Assistant Warden; Warden; Missouri Department of Correction; Eastern Reception, Diagnostic and Correctional Center; MODOC Director; MODOC Assistant Director; Assistant Attorney General; Lieutenant Governor; Attorney General; Governor; Senator of Missouri; Senator of Missouri, 2; House of Representatives, Missouri; Corizon Health Care Services; Corizon Assistant Director; Corizon Director; Corizon MODOC ERDCC Director; Corizon MODOC Assistant Director; Corizon Assistant Superintendent; Corizon Superintendent; Corizon NR Ferguson; Corizon Dr. Moody; Corizon Nurses; Corizon Licensed Nurse Practitioners; Corizon Med Techs; MODOC Medical Services

Defendants - Appellees

---

Appeal from U.S. District Court for the Eastern District of Missouri - St. Louis
(4:20-cv-01918-HEA)

---

**JUDGMENT**

Before LOKEN, ERICKSON and STRAS, Circuit Judges.

Appellant's motion to proceed on appeal in forma pauperis is denied. This appeal is dismissed for failure to pay the filing fee or demonstrate eligibility to proceed in forma pauperis under 28 U.S.C. § 1915(g). The full $505 appellate and docketing fees are assessed against the appellant. The court remands the collection of those fees to the district court.

December 28, 2022

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.

/s/ Michael E. Gans